AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH
TO DISMISS YOUR LAWSUIT YOU SHOULD SIGN THIS NOTICE OF VOLUNTARY
DISMISSAL AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
<u>NORTHERN</u>   DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 26 2021

ARTHUR JOHNSTON
BY_____DEPUTY

JACKIE DALE FRANKLIN, # 106662                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. <u>3:20-cv-00649-HTW-LRA</u>

WARDEN F. SHAW, et al.                                         DEFENDANT(S)

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure.   I further attest that this motion is voluntarily made and is not based upon

pressure or threats from any source whatsoever.

This the 14 day of Feburary , 20 21 .

Signature of Plaintiff

PSP-4