United District Court's
Southern District



I Filed A suit in federal court 4-2022, I don't have the response letter explaining who my magistrate judge is. As of now, I have not heard from the Hon. Courts on the matter regarding com. Burl Cain, Vitalcore medical contractors for M.D.O.C. I have not Cotton any mail since the courts first response. Please notify me of the courts intentions on this matter. I will state again I don't at this time have the first response letter the Hon. Courts sent me explaining who would be handling my case. Please let me know what I must do in order to get this information?

Respectfully

Jackie Vance (?)
4-D-215 #106662
E.M.C.F.
10641 Hwy 80W
Meridian, MS
39307

---

I believe one of the judges was the Hon. Latasha Greer. Can you please send info of who my Hon. judges are? Cause #'s for civil suit